MICHELE BECKWITH
Acting United States Attorney
ROSS PEARSON
ALEXIS KLEIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00150-DJC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO JOIN PROTECTIVE ORDER |
| v. | |
| MARCUS MILLER, REGINALD JONES, FELICIA SHAW, JIMMY VAN II, and JAZZMINE CAMPBELL, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Jimmy Van II, by and through defendant's counsel of record Clemente Jiménez, hereby stipulate as follows:

1.  On April 12, 2024, the Court approved a stipulated protective order regarding discovery in this case. ECF No. 60. At the time, defendant Van II was represented by Tasha Chalfant, who signed the stipulated protective order on his behalf and agreed to its terms. ECF No. 60 at 8.

2.  On January 23, 2025, the Court ordered Clemente Jiménez to represent Van II and relieved Tasha Chalfant from representation. Under the terms of the protective order, new defense counsel, Mr. Jiménez, must join the protective order before any protected materials may be transferred to him. *See* ECF No. 60 at 7 ("In the event that there is a substitution of counsel prior to final

disposition of the case, new counsel of record must join this Protective Order before any Protected Materials may be transferred from the undersigned defense counsel to the new defense counsel.").

3.    By this stipulation, Mr. Jiménez agrees that he will be bound by the terms of the protective order, and the protective order is incorporated to this stipulation by reference, ECF No. 60.

IT IS SO STIPULATED.

Dated: February 9, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
Assistant United States Attorney

Dated: February 9, 2025

/s/
CLEMENTE JIMÉNEZ
Counsel for Defendant
JIMMY VAN II

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED this 10th day of February, 2025.

THE HONORABLE SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE