CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JIMMY VAN II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY VAN II,<br><br>Defendants. | Case No.: 2:23-cr-00150-DJC-4<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>DATE: September 17, 2026<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Ross Pearson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JIMMY VAN II, in consultation with US Probation, that the sentencing hearing scheduled for September 17, 2026, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on November 5, 2026, at 9:00 a.m. in order for the defense to pursue relevant mitigating information prior to sentencing.

The parties further request that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Informal Objections: | 10/8/2026 |
| Final PSR: | 10/15/2026 |
| Motion for Correction: | 10/22/2026 |
| Reply, or Non-Opposition: | 10/29/2026 |
| J&S: | 11/5/2026 |

DATED: August 24, 2026

/S/ Ross Pearson
ERIC GRANT
by ROSS PEARSON
Attorney for Plaintiff

DATED: August 24, 2026

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for JIMMY VAN II

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for September 17, 2026, at 9:00 a.m., be vacated and the matter continued to November 5, 2026, at 9:00 a.m., for judgment and sentencing.

IT IS FURTHER ORDERED that the schedule of disclosure be modified as proposed.

Dated: August 24, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE