CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JIMMY VAN II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY VAN II,<br><br>Defendants. | Case No.: 2:23-cr-150 DJC<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>DATE: November 5, 2026<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Ross Pearson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JIMMY VAN II, in consultation with US Probation, that the sentencing hearing scheduled for November 5, 2026, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on December 17, 2026, at 9:00 a.m. in order for the defense to pursue relevant mitigating information prior to sentencing.

The parties further request that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Informal Objections: | 11/18/2026 |
| Final PSR: | 11/25/2026 |
| Motion for Correction: | 12/3/2026 |
| Reply, or Non-Opposition: | 12/10/2026 |
| J&S: | 12/17/2026 |

DATED: October 9, 2026

/S/ Ross Pearson
ERIC GRANT
by ROSS PEARSON
Attorney for Plaintiff

DATED: October 9, 2026

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for JIMMY VAN II

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for November 5, 2026, at 9:00 a.m., be vacated and the matter continued to December 17, 2026, at 9:00 a.m., for judgment and sentencing.

IT IS FURTHER ORDERED that the schedule of disclosure be modified as proposed.

Dated: October 14, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE